IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARC WERNER, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-05-0821 |
| | § | |
| KPMG LLP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiffs' counsel has filed a motion to withdraw as counsel for Plaintiffs/Interveners Douglas B. Nelson and Jessica M. Swift. (Docket Entry No. 120). No party other than Nelson and Swift opposes this motion. This court held a hearing on the motion. Based on the motion, the controlling law, and argument from counsel, this court finds that Nelson and Swift have taken several actions that have created a conflict of interest with present counsel. This court agrees that plaintiffs' counsel has demonstrated good cause for withdrawal. The motion to withdraw is granted.

Nelson and Swift will be added to this court's docket sheet to ensure that they receive notice of all hearings and filings in this case.

SIGNED on January 25, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge